# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00403-CV

---

**Venky Venkatraman, Appellant**

**v.**

**Board of Law Examiners, Appellee**

---

### FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-24-000808, THE HONORABLE LAURIE EISERLOH, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Venky Venkatraman attempts to appeal from an order signed by the trial court on May 21, 2024, that denied his request for an emergency hearing on his "Motion Asking to Set Aside Defendant's Order." Appellee the Texas Board of Law Examiners has filed a motion to dismiss this appeal for want of jurisdiction, asserting that the order at issue is not a final order or otherwise appealable interlocutory order. We agree with the Board and grant the motion to dismiss.

No final order or judgment appears in the record. In civil cases, Texas courts of appeals generally have jurisdiction over appeals only from final judgments. *See Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *see also* Tex. Civ. Prac. & Rem. Code § 51.012. We also have jurisdiction to consider appeals of interlocutory orders, but only if a statute explicitly provides appellate jurisdiction. *Stary v. DeBord*, 967 S.W.2d 352, 352–53

(Tex. 1998); *see also* Tex. Civ. Prac. & Rem. Code § 51.014. No statute provides this Court with appellate jurisdiction over an interlocutory order denying a request for an emergency hearing on a motion seeking to set aside an order issued by appellee.

We therefore lack jurisdiction over this appeal and accordingly dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Thomas J. Baker, Justice

Before Justices Baker, Smith, and Theofanis

Dismissed for Want of Jurisdiction

Filed: July 12, 2024